AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )
ROGER KNOX ) Case No.
) 18-6268-MPK
)
)
)

*Defendant(s)*

FILED
Clerk's Office
USDC, Mass.
Date 9/17/18
By: *Kellyn Robert*
Deputy Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2015 to present__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 | Securities Fraud |
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI SA Keith Brown

☐ Continued on the attached sheet.

*Complainant's signature*

Keith Brown, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/17/2018

*Judge's signature*

City and state: Boston, MA                     M. Page Kelley, US Magistrate Judge
*Printed name and title*