AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROGER KNOX | ) Case No. | 18-6268-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

FILED
Clerk's Office
USDC, Mass.
Date 9/17/18
By [signature]
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Roger Knox,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Securities Fraud (15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5)

Conspiracy to commit securities fraud (18 USC 371)

Date: 09/17/2018

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____ WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 10/3/2018

*Arresting officer's signature*

*Printed name and title*